UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA,

                Plaintiff            **NOTICE OF APPEARANCE**

                                                        Docket No. 25-Civ-507

-against-

COUNTY OF ROCKLAND and the
VILLAGE OF SPRING VALLEY,

                Defendants
_____X

      **PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and respectfully enters his appearance as counsel of record in the above-captioned action for the Defendant Village of Spring Valley and requests all subsequent papers be served upon the undersigned at the address indicated below.

Dated: April 9, 2025
       Nanuet, New York 10954

                                        **SAVAD CHURGIN**

                                        By: _____
                                        Dennis E. A. Lynch, Of Counsel
                                        55 Old Turnpike Road,
                                        Suite 209
                                        Nanuet, New York 10954
                                        845-729-5744
                                        Dennislynchesq@gmail.com