UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 25-cv-00507 (JCM)

    - against -

ROCKLAND COUNTY and VILLAGE OF SPRING VALLEY,          **NOTICE OF APPEARANCE**

                Defendants.
-------------------------------------------------------------------x

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Katherine E. Krahulik of the law firm Bleakley Platt & Schmidt LLP hereby enters her appearance in the above-referenced case as additional counsel for Defendant Rockland County. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated:    White Plains, New York
            April 10, 2025

                                        BLEAKLEY PLATT & SCHMIDT, LLP

                                        ***/s/ Katherine E. Krahulik***
                                        Katherine E. Krahulik, Esq.
                                        One North Lexington Avenue
                                        White Plains, NY 10601
                                        (914) 949-2700
                                        *Attorneys for Defendants*
                                        kkrahulik@bpslaw.com