**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 16, 2025

By ECF
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *United States v. Rockland County & Village of Spring Valley*,
      No. 25 Civ. 507 (CS)

Dear Judge Seibel:

  This Office represents the United States of America, on behalf of the Secretary of Housing and Urban Development ("HUD"), in the above-referenced action seeking to enforce the terms of a Voluntary Compliance Agreement and Conciliation Agreement between HUD and Defendants Rockland County and the Village of Spring Valley.

  I write respectfully on behalf of all parties pursuant to § I.D of Your Honor's Individual Practices to request a second adjournment of the initial conference scheduled for July 23, 2025, *see* Dkt. No. 21, for approximately 60 days. The parties also respectfully request an extension of time to submit a proposed Civil Case Discovery Plan and Scheduling Order until three business days before the adjourned conference date.

  Since the first adjournment of the initial conference, the parties have engaged in productive discussions regarding settlement. The requested adjournment will permit those discussions to continue before the parties are required to undertake further litigation.

  This is the second request to adjourn the initial conference; the first request was granted. *See* Dkt. Nos. 20-21. Counsel for defendants Rockland County and Village of Spring Valley join this request. Counsel for the parties are available during the weeks of September 22 (other than the morning of September 23) and September 29 for an adjourned conference.[1]

---

[1] Counsel for certain parties are not available on August 4-8, 13-15, and 25-29, and respectfully request that the adjourned conference not be scheduled during those dates if the Court is inclined to grant a shorter adjournment.

Thank you for your consideration of this request.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

By:   /s/ Samuel Dolinger
        SAMUEL DOLINGER
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2677
        samuel.dolinger@usdoj.gov