UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                          Plaintiff,

      -against-

ROCKLAND COUNTY, *et al.*,

                    Defendants.

------------------------------------------------------------------X

**ORDER**

25 Civ. 507 (CS)(JCM)

On April 10, 2026, the parties informed the Court, via e-mail, that they are continuing to engage in settlement discussions, and requested that they be permitted to provide a further status update by April 17, 2026. This request is granted.

Dated: April 14, 2026
White Plains, New York

**SO ORDERED:**

*Judith C. McCarthy*
_____
JUDITH C. McCARTHY
United States Magistrate Judge

1