UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

Plaintiff,

**ORDER**

25 Civ. 507 (CS)(JCM)

-against-

ROCKLAND COUNTY, *et al.*,

Defendants.

-----------------------------------------------------------------X

On April 17, 2026, the parties informed the Court, via e-mail, that they are continuing to engage in settlement discussions, and requested that they be permitted to provide a further status update by April 24, 2026. This request is granted

Dated:  April 20, 2026
       White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge

1