UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                        Plaintiff,

        -against-

ROCKLAND COUNTY, *et al.*,

                                        Defendants.

-------------------------------------------------------------------X

**ORDER**

25 Civ. 507 (CS)(JCM)

    On May 8, 2026, the parties informed the Court, via e-mail, that they are continuing

to engage in settlement discussions, and requested that they be permitted to provide a further

status update by May 15, 2026. This request is granted.

Dated:  May 8, 2026
        White Plains, New York

                                **SO ORDERED:**

                                _____
                                JUDITH C. McCARTHY
                                United States Magistrate Judge

1